IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-MC-047-FDW-DCK

| | |
|---|---|
| EVERLIGHT USA, INC., ) ) Petitioner, ) ) v. ) ) TAKEDA PHARMACEUTICALS ) COMPANY LIMITED, and TAKEDA ) PHARMACEUTICALS U.S.A, INC., ) ) Respondent. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Respondents' "…Unopposed Motion For An Extension Of Time To Respond" (Document No. 4) filed April 25, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motion and the record, and noting Petitioner's consent, the undersigned will grant the motion. Further extensions are unlikely to be allowed.

**IT IS, THEREFORE, ORDERED** that Respondents' "…Unopposed Motion For An Extension Of Time To Respond" (Document No. 4) is **GRANTED with modification**. Respondents shall file a response to "Petitioner's Amended Motion To Quash Deposition Subpoena And Motion For Protective Order" (Document No. 2) on or before **May 24, 2024**.

**IT IS FURTHER ORDERED** that "Petitioner's Motion To Quash Deposition Subpoena And Motion For Protective Order" (Document No. 1) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: April 25, 2024

David C. Keesler
United States Magistrate Judge