IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-MC-047-FDW-DCK

| | |
|---|---|
| EVERLIGHT USA, INC., ) | |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| TAKEDA PHARMACEUTICALS ) | |
| COMPANY LIMITED, and TAKEDA ) | |
| PHARMACEUTICALS U.S.A, INC., ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. Currently pending before the Court are "Petitioner's Amended Motion To Quash Deposition Subpoena And Motion For Protective Order" (Document No. 2) filed April 12, 2024, "Respondents Takeda Pharmaceutical Company Ltd. And Takeda Pharmaceutical U.S.A., Inc.'s Motion To Compel" (Document No. 6) filed May 17, 2024, and "Respondents Takeda Pharmaceutical Company Ltd. And Takeda Pharmaceutical U.S.A., Inc.'s Motion To Seal" (Document No. 10) filed May 24, 2024.

These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

First, the undersigned notes that Respondents filed a "...Response In Opposition To Petitioner's Amended Motion To Quash Deposition Subpoena And Motion For Protective Order" (Document No. 11) on May 24, 2024. The Court finds that a reply brief may be helpful and will, therefore, order Petitioner to file a reply brief in support of its "...Amended Motion To Quash Deposition..." (Document No. 2).

Next, the undersigned notes that Petitioner's response to the Respondents' "...Motion To Compel" (Document No. 6) is due by June 28, 2024. In the interests of equity and efficient case management, the undersigned will also order Respondents to file a reply brief in support of their "...Motion To Compel" (Document No. 6).

Finally, the undersigned notes that Petitioner declined to consent to Respondents' "...Motion To Seal" (Document No. 10) but failed to file a timely response to that motion. <u>See</u> (Document No. 10, p. 3). Petitioner's response was due by June 7, 2024. <u>See</u> LCvR 7.1(e). The undersigned will order Petitioner to file a response to the "...Motion To Seal" (Document No. 10).

**IT IS, THEREFORE, ORDERED** that Petitioner shall file a reply brief, of **ten (10) pages or less**, in support of its "...Amended Motion To Quash Deposition Subpoena And Motion For Protective Order" (Document No. 2), on or before **July 10, 2024**.

**IT IS FURTHER ORDERED** that Respondents shall file a reply brief, of **ten (10) pages or less**, in support of their "...Motion To Compel" (Document No. 6), on or before **July 12, 2024**.

**IT IS FURTHER ORDERED** that Petitioner shall file a response to the "...Motion To Seal" (Document No. 10) on or before **July 1, 2024**.

**SO ORDERED**.

Signed: June 26, 2024

David C. Keesler
United States Magistrate Judge